UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MOHAMMED AHMED HASSAN ABDALLAH OMRAN | CIVIL ACTION NO. 14-cv-2825 |
| VERSUS | JUDGE FOOTE |
| STEVE PRATOR, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Record Document 94) and Motion for Evidentiary Hearing (Record Document 103) is denied.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (Record Document 98) is granted and all claims against all Defendants are dismissed with prejudice.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this ____ day of _____, 2017.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE