UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MOHAMED ADMED HASSAN ABDALLAH OMRAN | CIVIL ACTION NO. 14-2825 |
| VERSUS | JUDGE ELIZABETH FOOTE |
| STEVE PRATOR, ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

Before the Court are three appeals by Plaintiff of orders of the Magistrate Judge. Record Documents 85, 86, 101. Plaintiff is a pro se inmate formerly housed at Caddo Correctional Center ("CCC"). While an inmate at CCC, Plaintiff filed the underlying claim in this case, alleging that CCC's phone policy violates the First Amendment. Plaintiff filed two motions that were denied by the Magistrate Judge: a motion to join additional defendants and a motion to compel discovery. Record Documents 75, 76. Both motions were denied, and Plaintiff appeals. Plaintiff also appeals an order of the Magistrate Judge granting to Defendants an extension of time in which to file dispositive motions. Record Document 96. For the reasons discussed below, the Orders of the Magistrate Judge [Record Documents 81, 96] are **AFFIRMED**.

Plaintiff first filed a motion to join additional defendants. Record Document 76. Plaintiff sought to join 12 "John Doe" members of the Caddo Parish Board of Commissioners based on the assertion that they are "responsible for setting the policies and procedures" at the jail. Record Document 76. The Magistrate Judge denied the

motion, reasoning that "Plaintiff has not made an adequate showing to permit the joinder of the parish commissioners" because the Sheriff, not the parish commissioners, is responsible for jail policy and administration. Id., p. 2. The evidence over the course of this litigation has indeed shown that the Sheriff sets jail policy, and Plaintiff has provided no reason to believe otherwise. See e.g., Record Document 98-4 ("Detention Bureau Policy & Procedures" with the seal of the Caddo Parish Sheriff). The order of the Magistrate Judge is **AFFIRMED**.

Plaintiff also filed a motion to compel discovery, seeking a response to a single interrogatory that asked the Sheriff to state the name and address of all members of the Caddo Parish Board of Commissioners. Record Document 75. The Magistrate Judge properly denied that motion because it had denied leave to add those individuals as defendants. Record Document 81. The order of the Magistrate Judge is **AFFIRMED**.

Finally, Plaintiff appeals an order of the Magistrate Judge granting to Defendants a one-week extension of the deadline to file a dispositive motion. Record Document 101. Federal courts have an inherent power to control the proceedings of their docket. Chambers v. NASCO, Inc., 501 U.S. 32 (1991). The Magistrate Judge was well within his discretion to grant an extension of time. The order of the Magistrate Judge is **AFFIRMED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 21st day of April, 2017.

_____
Elizabeth Erny Foote
United States District Judge